IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MONTEZ J. BUSH, | : | Case No. 1:23-cv-226 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CINCINNATI RESTORATION INC., *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff timely filed Objections (Doc. 5) in accordance with Fed. R. Civ. P. 72(b). However, Plaintiff's objections are "vague, general, [and] conclusory" and, consequently, fail to "meet the requirement of specific." *Cole v. Yukins*, 7 F. Appx. 354, 356 (6th Cir. 2001). Thus, such objections are "tantamount to a complete failure to object." *See id.*

Therefore, the Court **OVERRULES** Plaintiff's Objections (Doc. 5) and hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B);

2. The Court **CERIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons

2

explained in the Report and Recommendation, an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. U.S. Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997); and

3. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND